| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:25-cr- 47 |
| v. ) | Collier/Steger |
| ) | |
| RAUL HERRERA MENDOZA, ) | |
| JOSE A. JIMENEZ, ) | |
| JUAN CALVILLO PEREZ, ) | |
|    also known as Juan Perez Cavillo, ) | |
|    also known as Juan Calvilla, ) | |
| JHEYSSON AVENDANO GOMEZ, ) | |
| IGNACIO GONZALEZ CANTU, ) | |
|    and ) | |
| MARIO CAMACHO SOLORIO ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that from in or about July 2019 to on or about February 8, 2024, in the Eastern District of Tennessee and elsewhere, the defendants, RAUL HERRERA MENDOZA, JOSE A. JIMENEZ, JUAN CALVILLO PEREZ, also known as Juan Perez Cavillo, also known as Juan Calvilla, JHEYSSON AVENDANO GOMEZ, IGNACIO GONZALEZ CANTU, MARIO CAMACHO SOLORIO, and others known and unknown to the Grand Jury, did combine, conspire, confederate and agree to knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

### COUNT TWO

The Grand Jury further charges that on or about July 17, 2020, in the Eastern District of Tennessee and elsewhere, the defendant, RAUL HERRERA MENDOZA, did knowingly and intentionally use a communication facility, that is, DHL, in facilitating the commission of any act

or acts constituting a felony under Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846, that is, the offense set forth in Count One of this Indictment, in violation of Title 21, United States Code, Section 843(b).

## FORFEITURE ALLEGATIONS

The allegation contained in Count One of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as set forth in this Indictment, the defendants, RAUL HERRERA MENDOZA, JOSE A. JIMENEZ, JUAN CALVILLO PEREZ, also known as Juan Perez Cavillo, also known as Juan Calvilla, JHEYSSON AVENDANO GOMEZ, IGNACIO GONZALEZ CANTU, and MARIO CAMACHO SOLORIO, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense including, but not limited to, the following:

**Money Judgment:**

A personal money judgment in favor of the United States, which represents proceeds the defendants personally obtained as a result of an offense in violation of Title 21, United States Code, Sections 841 and 846.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
United States Attorney

By: _____
Scott A. Winne
Assistant U.S. Attorney

3